UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS DRISCOLL, *et al.*,

    Defendants.

Civil Action No. 18-11762 (MAS) (RLS)

**ORDER**

    This matter comes before the Court on Plaintiff United States of America's ("Plaintiff") unopposed Motion for Default Judgment against Defendants PNC Bank, Corporation Service Company, Huntington Bancshares Incorporated, and the State of New Jersey, Division of Taxation (together, the "Defaulted Parties"). (ECF No. 50.) The Court has carefully considered Plaintiff's submission and decides the matter without oral argument under Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion and other good cause shown,

    **IT IS**, on this 22nd day of November 2022, **ORDERED** as follows:

1. Plaintiff's Motion for Default Judgment is **GRANTED.**

2. The Court enjoins the Defaulted Parties from asserting rights, titles, claims, or interests in the property implicated in this case, including any value from the sale of the property.

                                                                                                                                    /s/ Michael A. Shipp
                                                                                                                                   **MICHAEL A. SHIPP**
                                                                                                                                   **UNITED STATES DISTRICT JUDGE**